NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SECURITYPROFILING, LLC,**
*Appellant*

**v.**

**TREND MICRO, INC.,**
*Appellee*

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2019-1881

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-02192.

---

**JUDGMENT**

---

WILLIAM MILLIKEN, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant. Also represented by MICHAEL E. JOFFRE; GEORGE PAZUNIAK, O'Kelly, Ernst, & Bielli, LLC, Wilmington, DE.

YAR ROMAN CHAIKOVSKY, Paul Hastings LLP, Palo Alto, CA, argued for appellee. Also represented by DAVID BECKWITH; ANDREW MARK LEGOLVAN, San Diego, CA.

FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by MARY L. KELLY, THOMAS W. KRAUSE.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 10, 2020          /s/ Peter R. Marksteiner
   Date               Peter R. Marksteiner
                       Clerk of Court